

# NUMBER 13-21-00437-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE THE STATE OF TEXAS EX REL. LUIS V. SAENZ

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Hinojosa, Tijerina, and Silva**
**Order Per Curiam**

Relator, the State of Texas ex rel. Luis V. Saenz, the County and District Attorney of Cameron County, Texas, has filed a petition for writ of mandamus with a request for an emergency temporary stay in the above-referenced cause. By two issues, relator asserts that the trial court erred by rejecting a plea agreement and sentencing the defendant to a term inconsistent with the plea agreement over relator's objection and despite relator's demand for a jury trial.

The Court, having examined and fully considered relator's request to stay the trial court proceedings, is of the opinion that said request should be granted. Accordingly, we grant relator's request for an emergency temporary stay, and we order the trial court's proceedings to be stayed pending our disposition of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Jonathan G. Ortegon, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
10th day of December, 2021.

2